## Return

| Case No.: 1:18mj40 | Date and time warrant executed: 03/19/2018 11:10am | Copy of warrant and inventory left with: to electronically Submitted Lers.gutco |
|---|---|---|

Inventory made in the presence of : Joshua Kim, Google Legal Investigations Support

Inventory of the property taken and name of any person(s) seized:

4 electronic files were provided by Google - (1) Letter 1457383.pdf ≅ 79.6KB, (2) 1457383-20180417-1.zip 3.56 1GB, (3) 1457383-20180417-2.zip ≅ 1.59GB, (4) 1457383-20180417-3.zip ≅ 1.93GB ——— MSC

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

**APR 2 0 2018**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

MSC

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/18/2018

_____
*Executing officer's signature*

Micah Childers, Special Agent FBI
*Printed name and title*